**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**PAUL A. STAPLETON**                                                    **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 5:09-CV-P190-R**

**RICKY PARNELL**                                                      **DEFENDANT**

<u>**MEMORANDUM OPINION**</u>

Plaintiff filed a complaint under 42 U.S.C. § 1983 giving his address as the Fulton County

Detention Center.  On November 3, 2009, the Clerk of this Court mailed a notice of deficiency to

Plaintiff which was returned marked by the U.S. Postal Service as "Return to Sender; Not deliverable

as addressed; Unable to Forward."

In this situation, the Court will dismiss this action as neither notices from this Court nor

filings by Defendant in this action can be served on Plaintiff.  *See* LR 5.2(d) ("All pro se litigants

must provide written notice of a change of address to the clerk and to the opposing party or the

opposing party's counsel.  Failure to notify the Clerk of an address change may result in the

dismissal of the litigant's case or other appropriate sanctions.").  In such situations, courts have an

inherent power "acting on their own initiative, to clear their calendars of cases that have remained

dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R.*

*Co.*, 370 U.S. 626, 630 (1962).  The Court will dismiss the case by separate order.

Date:

cc:      Plaintiff, *pro se*
4413.009